CLOSED

1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20
21

| | |
|---|---|
| TIMOTHY McKEEHAN,<br><br>       Plaintiff,<br><br>  vs.<br><br>DEPUY ORTHOPAEDICS, INC., et al.,<br><br>       Defendants. | Case No.  CV 23-0082-GW-JCx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>Judge: Hon. George H. Wu |

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

Barnes &
Thornburg LLP
Attorneys At Law
Los Angeles

- 1 -

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Having considered the Stipulation of Dismissal with Prejudice, and finding good cause, the Court hereby ORDERS the above-captioned action DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side to bear their own costs, expenses, and fees.

IT IS SO ORDERED.

Dated: November 6, 2023

_____
HON. GEORGE H. WU,
United States District Judge

Barnes &
Thornburg LLP
Attorneys At Law
Los Angeles

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**